### AYRES v. THE STATE.

APPEAL from the *Jay* Common Pleas.

*Per Curiam.*—The information in this case charges *Ayres* with having had in his possession four counterfeit bank notes, with intent to put them in circulation, knowing the same to be counterfeit. There was a verdict against the defendant, upon which the Court, having refused a new trial, rendered judgment. For a reversal it is insisted that the proceedings in the lower Court were not, as they should have been, founded upon an affidavit. This is a mistake. The record, having been perfected by *certiorari*, shows affirmatively that the proper affidavit was filed with the information.

The judgment is affirmed.

*J. Colerick* and *Lewis Jordan*, for the appellant.

*Oscar B. Hord*, Attorney General, for the State.